THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
N. SUMERGRADE & SONS, INC., Appellant.   (3 cases.)

Argued November 17, 1943; decided January 6, 1944.

*Alexander Stone, Murry C. Becker* and *Daniel G. Ross* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Orrin G. Judd* and *Henry S. Manley* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.